# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEVIN JORDAN, | : CIVIL ACTION NO. 3:19-CV-1743 |
| Plaintiff, | : |
| v. | : (JUDGE MARIANI) |
| | : (Magistrate Judge Arbuckle) |
| DONALD HOFSOMMER, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 6th DAY OF JANUARY 2020, upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 17) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge